UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
TOLEDO DIVISION

| | |
|---|---|
| DAVID G. LEWIS,<br><br> Plaintiff,<br>v.<br><br>DIVERSIFIED CONSULTANTS, INC.,<br><br> Defendant | Case No. 3:18-cv-02262-JJH<br><br>Honorable Jeffrey J. Helmick |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff DAVID G. LEWIS, and the Defendant, DIVERSIFIED CONSULTANTS, INC., through their respective counsel that the above-captioned action is dismissed, with prejudice, against DIVERSIFIED CONSULTANTS, INC., pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: April 8, 2019             Respectfully Submitted,

**DAVID G. LEWIS**            **DIVERSIFIED CONSULTANTS, INC.**

/s/ Nathan C. Volheim           /s/ Brian Roth (*with consent*)
Nathan C. Volheim             Brian Roth
*Counsel for Plaintiff*             *Counsel for Defendant*
Sulaiman Law Group, LTD          Sessions, Fishman, Nathan & Israel
2500 S. Highland Avenue, Suite 200      3850 N. Causeway Blvd, Suite 200
Lombard, Illinois 60148            Metarie, Louisiana 70002
Phone: (630) 575-8181            Phone: (504) 846-7903
Fax :(630) 575-8188             broth@sessions.legal
nvolheim@sulaimanlaw.com

                    So Ordered.

                    s/ Jeffrey J. Helmick
                    United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim
Nathan C. Volheim